UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COLUMBIA COMMUNITY CREDIT UNION, also known as COLUMBIA CREDIT UNION, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHICAGO TITLE INSURANCE COMPANY, a Missouri corporation,<br>Defendant. | Case No. C09-5290RJB<br><br>ORDER ON CR37 JOINT SUBMISSION REGARDING DISCOVERY DISPUTE |

This matter comes before the court on the CR 37 Joint Submission Regarding Discovery Dispute (Dkt. 11). The court is familiar with the records and files herein and is fully advised. This order will address the disputed discovery requests by interrogatory or request for production number.

Interrogatory No. 21. The objection to the interrogatory is well-taken, and is sustained.

Interrogatory No. 22. This interrogatory should be answered as modified by the moving party in its argument and reply. The information sought appears to be relevant under Federal Rule of Civil Procedure 26(b)(1). This ruling, however, is without prejudice to a further showing of an undue burden in responding. Based on the submission, the court cannot judge whether the burden upon the responder is unreasonable.

ORDER ON CR37 JOINT SUBMISSION REGARDING DISCOVERY DISPUTE - 1

Interrogatory No. 23. This interrogatory should be answered as limited in the moving party's argument and reply. It appears to be relevant within Rule 26(b)(1). This ruling is also without prejudice to a showing of undue burden in responding. (The court has no way of knowing whether this response will refer to three claims, three hundred claims, or three thousand claims, or more.)

Interrogatory No. 26. This interrogatory should be answered in all respects except that no response to the interrogatory requesting the amount of the reserve is required.

Request for Production No. 11. The first sentence of this request appears to the court to be ambiguous and over broad. The second sentence, however, should be answered, that is, documents that relate to or reflect failure to follow Chicago Title underwriting procedures.

Request for Production No. 18. This request should be responded to as limited in the moving party's argument.

Request for Production No. 19. This request should be responded to as limited in the moving party's argument.

Request for Production No. 20. This request should be responded to as limited in the moving party's argument and the responding party's response, that is, Chicago Title should provide all documents of employees involved in the handing of Columbia's claim, if those employees have been criticized for unreasonable or untimely claim handing.

Request for Production No. 31. As in Interrogatory No. 26, this request for production should be responded to except as to documents showing the amount of any reserve and any adjustments to the amount of the reserve.

Request for Production No. 32. The responding party should not be required to respond to this request for production. It is over broad, even as the moving party proposes to limit it and, furthermore, it requests substantial information that is not discoverable under FRCP 26(b)(1).

IT IS SO ORDERED.

ORDER ON CR37 JOINT SUBMISSION REGARDING DISCOVERY DISPUTE - 2

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 30th day of November, 2009.

*Robert J. Bryan*
Robert J. Bryan
United States District Judge