1                                                          Honorable Robert J. Bryan

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10   COLUMBIA COMMUNITY CREDIT
     UNION, also known as COLUMBIA
11   CREDIT UNION, a Washington nonprofit          Case No. 3:09-CV-05290-RJB
     corporation,
12                                                 ORDER GRANTING PLAINTIFF'S
                              Plaintiff,           UNOPPOSED MOTION TO CONTINUE
13                                                 TRIAL AND TRIAL-RELATED DATES
             v.
14
     CHICAGO TITLE INSURANCE
15   COMPANY, a Missouri corporation,

16                            Defendant.

17

18

19           This matter having come before the Court on Plaintiff's Unopposed Motion to

20   Continue Trial and Trial-Related Dates, and the Court having considered the motion, the

21   supporting declaration of John F. Neupert, and the records and files herein,

22           It is hereby **ORDERED** that Plaintiff's Unopposed Motion to Continue Trial and

23   Trial-Related Dates is **GRANTED**.  The Court sets the following trial and trial-related dates:

24           1.      The pretrial conference set for July 9, 2010, at 8:30 a.m. is stricken, and

25   the pretrial conference is reset for November 5, 2010, at 8:30 a.m.

26           2.      Trial briefs are to be submitted by November 5, 2010.

1          3.      Proposed voir dire and proposed jury instructions are due by November 5,

2    2010.

3          4.      The jury trial set for August 2, 2010, at 9:30 a.m. is reset for November

4    15, 2010, at 9:30 a.m.

5          The Clerk is directed to send uncertified copies of this Order to all counsel of

6    record and to any party appearing *pro se* at said party's last known address.

7          DATED this 27th day of April, 2010.

8

9

10

11    ROBERT J. BRYAN
      United States District Judge

12

13    Presented by:

14

15    s/ John Neupert
      John F. Neupert, P.C., WSB No. 39883

16    Miller Nash LLP
      3400 U.S. Bancorp Tower

17    111 S.W. Fifth Avenue
      Portland, Oregon  97204-3699

18
      Attorneys for Plaintiff

19

20

21

22

23

24

25

26

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO
CONTINUE TRIAL AND TRIAL-RELATED DATES - 2
(3:09-CV-05290-RJB)