1    HON. ROBERT J. BRYAN

2

3

4

5

6

7    UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
8    AT TACOMA

9    COLUMBIA COMMUNITY CREDIT
     UNION, also known as COLUMBIA            No. C09-5290 RJB
10   CREDIT UNION, a Washington nonprofit
     corporation,
11
                                             STIPULATION AND ORDER
12                        Plaintiff,          CONCERNING THE STATE OF
                                             WASHINGTON DEPARTMENT OF
13       v.                                  FINANCIAL INSTITUTIONS
                                             RELATED PRODUCTION
14   CHICAGO TITLE INSURANCE
     COMPANY, a Missouri corporation,        NOTE ON MOTION CALENDAR:
15                                            August 5, 2010
                          Defendant.
16

17

18        I.   STIPULATION BETWEEN CHICAGO TITLE INSURANCE COMPANY, COLUMBIA
               COMMUNITY CREDIT UNION AND THE STATE OF WASHINGTON
19             DEPARTMENT OF FINANCIAL INSTITUTIONS

20        1.      Based on an April 22, 2010 motion and supporting declaration filed by

21   Chicago Title (unopposed by Columbia Community Credit Union), this Court issued

22   two interlocutory Orders (Dkt. Nos. 101 and 106) concerning confidential credit union

23   examination reports of the State of Washington Department of Financial Institutions

24   ("WDFI").

25        2.      As a matter of Washington state law, such examination reports are the

26   property of the State through the official capacity of the Director of WDFI.  *See*

STIPULATION AND ORDER CONCERNING
WDFI RELATED PRODUCTION – 1
[Case No. C09-5290 RJB]

SIRIANNI YOUTZ
MEIER & SPOONEMORE
719 SECOND AVENUE, SUITE 1100
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303    FAX (206) 223-0246

RCW 31.12.565(3).   Counsel for WDFI entered his appearance as an intervening nonparty objector on July 23, 2010.

3.      It recently came to the attention of all counsel that neither WDFI nor its Director, Scott Jarvis, was served with any of the following documents:  Motion (Dkt. No. 99); Declaration of Richard Spoonemore (Dkt. No. 100); interlocutory Orders dated April 24 and May 4 (Dkt. Nos. 101 and 106).

4.      WDFI maintains that in the absence of proper service of the Motion to the State, there was no compliance with the notice requirement under either RCW 31.12.565(4) or the Civil Rules, and therefore the interlocutory Orders concerning the examination reports, the property of the State, were issued without jurisdiction or authority of law.  Accordingly, pursuant to Fed. R. Civ. P. 45(d)(2)(B), WDFI requested that Chicago Title return or destroy certain material produced to it by Columbia Community Credit Union, and requested that certain deposition testimony based on the examination reports be redacted.

5.      Chicago Title does not believe that the credit union examination reports, or any documents quoting such reports, are necessary for its defense in this case. Accordingly, the parties do not oppose WDFI's request that certain examination reports and related documents, including certain deposition testimony, in Chicago Title's possession be returned, redacted or destroyed.

6.      WDFI would have participated in the briefing surrounding the entry of this Court's Orders dated April 24 and May 4 if it had been served with Docket Nos. 99 and 100.  WDFI therefore seeks to vacate those two interlocutory Orders.  Chicago Title and Columbia Community Credit Union support this request.

7.      Chicago Title, Columbia Community Credit Union and WDFI respectfully request that the Court enter the Order subjoined hereto.

STIPULATION AND ORDER CONCERNING
WDFI RELATED PRODUCTION – 2
[Case No. C09-5290 RJB]

SO STIPULATED this 5th day of August, 2010.

MILLER NASH LLP

SIRIANNI YOUTZ
MEIER & SPOONEMORE

/s/ Heather K. Cavanaugh
Heather K. Cavanaugh, WSBA #33234
Attorneys for Plaintiff
Columbia Community Credit Union

/s/ Richard E. Spoonemore
Richard E. Spoonemore, WSBA #21833
Attorneys for Defendant
Chicago Title Insurance Company


ROBERT M. MCKENNA
ATTORNEY GENERAL

/s/ Victor M. Minjares
Victor M. Minjares, WSBA # 33946
Attorneys for State of Washington
ex rel. Scott Jarvis in his official
Capacity as Director of the Washington
State Department of Financial Institutions


## II.    ORDER

Pursuant to the Stipulation of the parties and the WDFI, it is ORDERED that:

(1)     This Court's interlocutory Orders dated April 24 and May 4, 2010 (Dkt. Nos. 101 and 106) are vacated;

(2)     Chicago Title and its counsel shall destroy all paper and electronic copies of Columbia Community Credit Union examination reports and any documents quoting or summarizing any portions thereof in its possession, and counsel shall file a Declaration with the Court affirming that said destruction has been completed;

(3)     Page 23, ln. 25 through page 27, ln. 21 of the Deposition of Parker Cann and page 31, ln. 17 to ln. 20 of the deposition of Jim Brekke shall be redacted and

STIPULATION AND ORDER CONCERNING
WDFI RELATED PRODUCTION – 3
[Case No. C09-5290 RJB]

SIRIANNI YOUTZ
MEIER & SPOONEMORE
719 SECOND AVENUE, SUITE 1100
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303    FAX (206) 223-0246

not used in this case, and *Exhibits 2* and *3* to the Cann deposition and pages CCU2900 to CCU29009 of *Exhibit 1* to the Brekke deposition shall be removed from the depositions and destroyed.

SO ORDERED this 9th day of August, 2010.

ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER CONCERNING
WDFI RELATED PRODUCTION – 4
[Case No. C09-5290 RJB]

SIRIANNI YOUTZ
MEIER & SPOONEMORE
719 SECOND AVENUE, SUITE 1100
SEATTLE, WASHINGTON 98104
TEL. (206) 223-0303   FAX (206) 223-0246

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel on the Electronic Mail Notice List; and I hereby certify that I have mailed, by United States Postal Service, the document to the counsel/parties on the Manual Notice List (if applicable):

**Electronic Mail Notice List**

- **Heather K Cavanaugh**
  heather.cavanaugh@millernash.com,melanie.webb@millernash.com
- **Victor M Minjares**
  victor.minjares@atg.wa.gov,jeanette.baluyut@atg.wa.gov,GCEEF@atg.wa.gov
- **John F Neupert**
  john.neupert@millernash.com,gail.mccurter@millernash.com
- **Stephen John Sirianni**
  ssirianni@sylaw.com,matt@sylaw.com,theresa@sylaw.com
- **Richard E Spoonemore**
  rspoonemore@sylaw.com,matt@sylaw.com,rspoonemore@hotmail.com,
  theresa@sylaw.com

**Manual Notice List**

- [none]

DATED:  August 10, 2010, at Seattle, Washington.


_/s/ Richard E. Spoonemore_

STIPULATION AND ORDER CONCERNING
WDFI RELATED PRODUCTION – 5
[Case No. C09-5290 RJB]

SIRIANNI YOUTZ
MEIER & SPOONEMORE
719 SECOND AVENUE, SUITE 1100
SEATTLE, WASHINGTON  98104
TEL. (206) 223-0303    FAX (206) 223-0246